| | | | |
|---|---|---|---|
| State v. Ali | 16–0378 | 03/08/2017 | Conviction and Sentence Vacated; Case Remanded with Directions |
| Harris, Estate of, v. Harris | 16–0408 | 03/08/2017 | Affirmed |
| Fitzgerald v. Hy–Vee, Inc. | 16–0462 | 03/08/2017 | Affirmed |
| State v. Stivers | 16–0493 | 03/08/2017 | Affirmed |
| State v. Wilson | 16–0555 | 03/08/2017 | Affirmed |
| Braggs v. State | 16–0567 | 03/08/2017 | Affirmed |
| State v. Rigel | 16–0576 | 03/08/2017 | Vacated in part and Remanded |
| State v. Vandekrol | 16–0688 | 03/08/2017 | Reversed and Remanded |
| Stilen v. State | 16–0696 | 03/08/2017 | Affirmed |
| Metal Designs Systems, Inc. v. D&G Metal Works, Inc. | 16–0822 | 03/08/2017 | Affirmed |
| State v. Gregersen | 16–0883 | 03/08/2017 | Affirmed |
| Morrison, In re Marriage of | 16–0886 | 03/08/2017 | Affirmed and Remanded |
| State v. Taylor | 16–0921 | 03/08/2017 | Affirmed |
| Marcinowicz–Flick and Flick, In re Marriage of | 16–0944 | 03/08/2017 | Affirmed |
| Vogt, In re Marriage of | 16–0952 | 03/08/2017 | Affirmed |
| Helgeland, In re Marriage of | 16–1004 | 03/08/2017 | Affirmed |
| Sarvestaney v. Tallman | 16–1069 | 03/08/2017 | Affirmed |
| Pelletier v. State | 16–1072 | 03/08/2017 | Affirmed |
| State v. Colvin | 16–1110 | 03/08/2017 | Appeal Dismissed |
| Wilson, In re Marriage of | 16–1114 | 03/08/2017 | Affirmed as Modified |
| State v. Colberg | 16–1127 | 03/08/2017 | Affirmed |
| State v. White | 16–1179 | 03/08/2017 | Affirmed |
| Bouchard, In re Marriage of | 16–1256 | 03/08/2017 | Affirmed |
| R.T., In Interest of | 16–1343 | 03/08/2017 | Reversed and Remanded |
| State v. Ross | 16–1427 | 03/08/2017 | Affirmed |
| A.M., In Interest of | 16–1752 | 03/08/2017 | Affirmed on both Appeals |
| K.S., In Interest of | 16–1928 | 03/08/2017 | Affirmed |
| A.F., In Interest of | 16–2098 | 03/08/2017 | Affirmed |
| I.P., In Interest of | 16–2153 | 03/08/2017 | Affirmed |
| E.L., In Interest of | 16–2173 | 03/08/2017 | Affirmed |
| M.T., In Interest of | 16–2218 | 03/08/2017 | Affirmed |
| K.D.–C., In Interest of | 17–0029 | 03/08/2017 | Affirmed |
| K.P., In Interest of | 17–0042 | 03/08/2017 | Affirmed |
| Sadler, In re Marriage of | 14–1800 | 03/22/2017 | Affirmed |
| Keyes v. State | 15–0383 | 03/22/2017 | Affirmed |
| Cannon v. Bodensteiner Implement Company | 15–0741 | 03/22/2017 | Affirmed in part, Reversed in part, and Remanded |
| Rushing v. State | 15–1388 | 03/22/2017 | Affirmed |
| Avila v. State | 15–1558 | 03/22/2017 | Affirmed |
| Taft, In re Detention of | 15–1732 | 03/22/2017 | Affirmed |